**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leanthony Lee BETTIS, Defendant–
Appellant.**

**No. 07–15184
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 6, 2009.

William Edward Scully, Jr., Daphne, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

William Scully, Jr., appointed counsel for Leanthony Lee Bettis, filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Bettis's convictions and sentences are **AFFIRMED.**